STATE OF NEW JERSEY v. OLIN SMITH.

October 3, 1985.

Petition for certification denied.

VAN WINKLE & LIGGETT, ETC. v.
G.B.R. FABRICS, INC.

October 3, 1985.

Petition for certification granted.

MARY BETH CONFALONE v. AAA TRUCKING CORPORATION.

October 3, 1985.

Petition for certification granted.

STATE OF NEW JERSEY v. PATRICK FEDERICO, JR.

October 3, 1985.

Petition for certification granted. (See 198 *N.J.Super.* 120)